Donald ELLIOTT v. DEPART-MENT OF EMPLOYMENT SE-CURITY, No. 328-78

February 7, 1979. Motion for Withdrawal of Counsel is granted. Motion for Enlargement of Time is granted.

Mark King DALY v. Elsie Ruth DALY, No. 16-79

February 7, 1979. Motion for Stay Pending Appeal is denied.
Larrow, J.

Beatrice J. POULIN v. Ronald J. POULIN, No. 9-79

February 8, 1979. Motion for Remand is denied.

STATE of Vermont and Paul Munson v. GLENS FALLS INSUR-ANCE COMPANY v. Lebanon Homes of New England, Inc. d/b/a Northeast Housing, Inc., No. 250-78

February 9, 1979. The motion of Lebanon Homes of New England, Inc., d/b/a Northeast Housing, Inc., Appellee, to dissolve injunction is denied, without prejudice to any application therefor in the trial court under V.R.A.P. 8(a).

STATE of Vermont v. Marietta D. MILLER, No. 331-78

February 9, 1979. Appeal dismissed for lack of jurisdiction due to late filing of notice of appeal. V.R.A.P. 4.

Kathie and Stephen WEIBUST v. HARPER HOTELS OF VER-MONT, No. 257-78

February 13, 1979. Appellant's Brief and Appellant's Printed Case to be filed by April 3, 1979, or cause dismissed.

IN RE Marlene P. DAVISON d/b/a Ryder Brook Hunt and Riding Club, No. 261-78

February 13, 1979. Appeal being moot, the Motion to Dismiss is granted.